UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   RAMON A MUNOZ
        VICTORIA MUNOZ

CASE NO.: 6:12-bk-11834-ABB

1507 Sun Meadow Drive
Orlando FL 32824

    Debtor(s).
_____/

\_\_\_\_   **Chapter 13 Plan**           \_\_\_\_x\_\_\_   FIRST **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-12 | $ 2,344.00 |
| 13-36 | $ 2,751.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Law Offices of Monica A Santiago    $2,650.00 balance of fees plus
$50/month in monitoring fees for months 6-36**

**$4,20.00              $70.00                    1-60**

### Priority Claims
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service | $ 7,534.37 | $157.00<br>$155.37` | 13-59<br>60 |

| **Name of Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| **Mortgage modification Mediation fee** | | 350.00 | 2 |

**Secured Claims**

| **Secured Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| Seterus (first mortgage loan on homestead – requesting mortgage modification mediation)<br><br>Property address:<br><br>1507 Sun Meadow Drive Orlando Fl 32824 | $ 249,610.00 | $ 928.75 | 1-60 |
| Chase<br><br>Property address:<br>2735 Woodstream Circle | $ 63,608.00 | $538.00 | 1-60 |

Kissimmee FL

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Chase 2735 Woodstream Circle, Kissimmee | $4,607.54 | $100.00 $   7.54 | 13-58 59 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**NONE**

**Property to Be Surrendered:**
  NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**NONE**

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**NONE**

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|

**NONE**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.
 Approximate percentage**:  100%**
Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

### CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 11th day of September, 2013.

/s/ RAMON A MUNOZ
Ramon A Munoz

/s/ VICTORIA MUNOZ
Victoria Munoz

/s/MONICA A. SANTIAGO
Monica A. Santiago
masvesq@aol.com
Attorney for Debtors
USBC – MDFL Bar No. 249789
70 S. Semoran Blvd.
Orlando, FL 32807
Tel. 407-964-1179
Fax 877-776-9526